FILED

01/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0529

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0529

IN THE MATTER OF:

Y.S.,

     Respondent and Appellant.

## GRANT

     Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 14, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 7 2022